FILED

AO 243 (Rev. 2/95)

SEP 16 2002

LARRY W. PROPES, CLERK
CHARLESTON, SC

PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

02 3036 8

| UNITED STATES DISTRICT COURT | District South Carolina |
|---|---|
| Name of Movant Stanton deforez Allaben | Prisoner No. 96543-071 | Case No. FILED |
| Place of Confinement Otisville FCI Otisville, New York | | 9:00-517-1 SEP 16 2002 |

UNITED STATES OF AMERICA  v. Stanton deForez Allaben
LARRY W. PROPES, CLERK
CHARLESTON, SC

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _Federal District Court of South Carolina, Charleston, South Carolina_

2. Date of judgment of conviction _September 07, 2001_

3. Length of sentence _70 months_

4. Nature of offense involved (all counts) _USC Title 18 2258 A (A&B) 2 counts_

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☐   _N/A_

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

(1)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐     No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐     No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: *Three months of time served in S.C. state prison for the same crime have not been credited to the federal sentence.*

Supporting FACTS (state *briefly* without citing cases or law)
*Petitioner was sentenced 10/31/01 in a SC state court for a charge from the same crime. The SC sentence was to run concurrent with the federal sentence of 9/25/01. US Marshals refused to transport petitioner to the BOP facility so petitioner was sent to SC Dept. of Corrections. State petition was dropped 3 months later to give concurrent credit. This will be given petitioner.*

B. Ground two: *Petitioner has been denied early release point at the BOC nursing program.*

Supporting FACTS (state *briefly* without citing cases or law) *Petitioner did not have a prior conviction for child sexual abuse. Petitioner argues that his current charge is not a sexual abuse charge committed upon children. Petitioner asks the court to order the BOP to grant eligibility for early release benefit.*

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

(4)

AO 243 (Rev. 2/95)

D.  Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing _____

    (b) At arraignment and plea _J. Robert Fuchs, AFPD P.O. Box 70_
    _Charleston, South Carolina 29402_

    (c) At trial _____

    (d) At sentencing _J. Robert Fuchs, AFPD P.O. Box 70_
    _Charleston, South Carolina 29402_

(5)

AO 243 (Rev. 2/95)

(e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒        No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐        No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐        No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_September 2, 2002_
(Date)

_Stanford Abisdon_
Signature of Movant

(6)